## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOSH HAYNES
ADC #139661                                                                                          PLAINTIFF

V.                                                   3:07CV00150 SWW/JTR

ROBERT WHITE, Jailer,
Poinsett County Detention Center, et al.                                                DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended  Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, this  § 1983 action is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2.      Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 29th day of November, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE