**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

JOSH HAYNES
ADC #139661                                                                                                  PLAINTIFF

V.                                        3:07CV00150 SWW/JTR

ROBERT WHITE, Jailer,
Poinsett County Detention Center, et al.                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. Dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 29th day of November, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE